No. 276. E. A. EDENFIELD *v.* UNITED STATES. Certiorari to the Circuit Court of Appeals for the Fifth Circuit. Argued January 18, 19, 1927. Decided January 24, 1927. *Per Curiam.* Reversed on the authority of *United States* v. *Katz,* 271 U. S. 354, and remanded to the court below for resentence on the first count of each of the three indictments. *Mr. W. W. Larsen,* with whom *Messrs. Frank H. Saffold, John Dekle Kirkland, Francis McD. Oliver,* and *Edgar J. Oliver* were on the brief, for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 139. A. L. FERGUSON AND A. L. FERGUSON, AS EXECUTOR AND TRUSTEE, ETC., ET AL. *v.* UNITED STATES. Appeal from the Court of Claims. Argued January 20, 1927. Decided January 24, 1927. *Per Curiam.* Affirmed on the authority of *Jacob Reed's Sons, Inc.,* v. *United States,* 273 U. S. 200 and of *Baltimore and Ohio Railroad Co.* v. *United States,* 261 U. S. 592. *Mr. Raymond M. Hudson* for appellants. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* were on the brief for the United States.